# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                         NO.   4:05CR00305-033 SWW

BURLIE WADE ROGERS

### ORDER

     A hearing was conducted on August 18, 2006, on the above defendant's motion to suppress statements and defendant's motion for reconsideration of the detention order in this matter. After evidence was presented and arguments by counsel, the Court stated its findings, and for the reasons set forth on the record, found that defendant's motions should be denied.

     IT IS THEREFORE ORDERED that the motion to suppress filed by defendant Burlie Wade Rogers hereby is denied, and his motion for reconsideration of the detention order hereby is denied without prejudice.

     DATED this 21st day of August, 2006.

                                                              /s/Susan Webber Wright

                                                             UNITED STATES DISTRICT JUDGE